UNITED STATES DISTRICT COURT FOR
THE DISCTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Rebecca Urban, *et alia*,<br><br>            Plaintiffs<br><br>v.<br><br>Federal Home Loan Mortgage Corporation,<br><br>            Defendant | )<br>)<br>)   CIVIL ACTION NO. 11-CV-10915<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF REBECCA URBAN

I, Rebecca Urban, do hereby swear and affirm that the following is true and accurate based on personal knowledge:

1. My name is Rebecca Urban and I am the named plaintiff in this matter.

2. My attorney, Thomas M. Dillon, has provided me copies of (1) Federal Home Loan Mortgage Corporation's motion to disqualify him and the entire firm of Schmitt & Dillon from representing me in this matter; (2) my opposition to that motion, and (3) the Court's January 15, 2015 Memorandum and Order.

3. I have reviewed these documents and discussed them with Attorney Dillon.

4. I do not believe that Attorney Dillon or Attorney Schmitt have any conflict of interest with me, and I want them and their firm, Schmitt & Dillon, to continue representing me in this matter.

5. While I wish to comply with the Memorandum and Order, I cannot discern from the Memorandum and Order exactly what the conflict referenced therein is. Attorney

1

Dillon has informed me that, after reviewing the Memorandum and Order, the law, and conferring with Bar Counsel for the Massachusetts Board of Bar Overseers, he cannot identify any conflict. I am therefore unable to make an affidavit in the form contemplated by the Memorandum and Order.

6. Attorney Dillon has nevertheless advised me that given the Court's Memorandum and Order, his and his firm's continued representation of me in this matter at this time will not advance the merits of my case and the case of the class members I seek to represent as well as representation by a successor law firm could.

7. I therefore ask the Court for time to identify and retain successor counsel to represent me in this matter.

Subscribed and sworn by me under the pains and penalties of perjury this 29 day of January, 2015.

／s／ Rebecca Urban
Rebecca Urban

Certificate of Service

I, Thomas M. Dillon, hereby certify that on  01/30/2015  , I served copies of the above Memorandum by first class mail, postage pre-paid, or by electronic service where indicated, on the following:

James J. Duane, III, Esq.          Via Electronic Service

/s/ Thomas M. Dillon
Thomas M. Dillon